No. 1020. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Walter S. Weiss* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 1030. HUGH H. WILSON CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Robert Lewis* and *William A. Krupman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent.

No. 1044. GEORGIA HIGHWAY EXPRESS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Alexander E. Wilson, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent National Labor Relations Board.

No. 1050. TARVESTAD ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Robert Vogel* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1124. WARWICK v. SEGAN. C. A. 5th Cir. Certiorari denied. *Wyman C. Lowe* for petitioner.

No. 1052. GROENDYKE TRANSPORT, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Payne H. Ratner* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.